FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

99 FEB 24 AM 11:22

CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

CASE NO. 98-2705-CIV-T-23B

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

        Plaintiff,

v.

BILL JACKSON, INC., a Florida
corporation, ST. CLAIRE DIVING
PRODUCTS, INC., a California
corporation, SUSAN G. ST. CLAIRE,
and CHRISTIAN ST. CLAIRE,

        Defendants.
_____/

## PLAINTIFF'S ANSWER TO DEFENDANT JACKSON'S COUNTERCLAIM

COMES NOW Plaintiff Undersea Breathing Systems, Inc. ("Plaintiff UBS") and for its answer to the counterclaim of Defendant Bill Jackson, Inc. states:

1. Plaintiff UBS is unable to admit or deny the allegations of ¶1 of Defendant Jackson's counterclaim, as it incorporates by reference "the allegations contained <u>in ¶1 of Plaintiff's complaint</u>"; to the extent that the allegations of ¶1 of Defendant Jackson's counterclaims assert any fact or matter of law, such fact or matter of law is denied by Plaintiff UBS.

ubs-09.Ans-C-Clm



2.  Plaintiff admits that this Court has jurisdiction over the subject matter of Defendant Jackson's counterclaim.

3.  Plaintiff UBS admits that venue lies in this judicial district and division as to Defendant Jackson's counterclaim.

4.  Plaintiff UBS denies the allegations of ¶4 of Defendant Jackson's counterclaim.

5.  Plaintiff UBS denies the allegations of ¶5 of Defendant Jackson's counterclaim.

6.  Plaintiff UBS denies the allegations of ¶6 of Defendant Jackson's counterclaims.

7.  Plaintiff UBS denies the allegations of ¶7 of Defendant Jackson's counterclaim, including each and every allegation set forth in ¶¶1, 2 and 3 of Defendant Jackson's affirmative defenses.

Respectfully submitted,

*Herbert L. Allen*
Herbert L. Allen
Florida Bar No. 114126
Brian R. Gilchrist
Florida Bar No. 0774065
Allen, Dyer, Doppelt, Milbrath
    & Gilchrist, P.A.
1401 Citrus Center
255 S. Orange Avenue
Post Office Box 3791
Orlando, Florida 32802
Telephone: 407/841-2330
Telefax  : 407/841-2343

Dated: 2/22/99

2

ubs-09.Ans-C-Clm

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing **PLAINTIFF'S ANSWER TO DEFENDANT JACKSON'S COUNTERCLAIM** was provided by Facsimile and First Class United States Mail to: **H. William Larson, Esq.**, Larson & Larson, P.A., 11199 69th Street North, Largo, Florida 33773; this 22nd day of February 1999.

                                                                                     *[Signature]*

cc: Mr. William Delp

ubs-09.Ans-C-Clm