FILED

99 MAY 19 PM 1:55

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASE NO.: 98-2705-CIV-T-23B

98 2705

**UNDERSEA BREATHING SYSTEMS, INC.**, a Nevada corporation,

    Plaintiff,

v.

**BILL JACKSON, INC.**, a Florida corporation, **ST. CLAIRE DIVING PRODUCTS, INC.**, a California corporation, **SUSAN G. ST. CLAIRE**, and **CHRISTIAN ST. CLAIRE**,

    Defendants.

_____/

### STIPULATION AND JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S AND JACKSON'S CLAIM AND COUNTERCLAIM

Plaintiff Undersea Breathing Systems, Inc. and Defendant Bill Jackson, Inc., by and through their undersigned trial counsel, and pursuant to Local Rule 3.08 of the Local Rules of the United States District Court for the Middle District of Florida and Civil Rule 41, hereby notify the court that an amicable settlement agreement as to Plaintiff's infringement claim against Defendant Jackson and Defendant Jackson's counterclaim against Plaintiff has been reached

Exhibit "A"

1

usb3-11.sti



and the parties jointly move the Court for entry of an order, in the form attached hereto, dismissing these claims without prejudice, subject to the settlement agreement.

Respectfully submitted this ~~March~~ May 18, 1999.

_____
H. William Larson, Esq.
Larson & Larson, P.A.
1199-69th Street North
Largo, Florida 33773
Trial Counsel for Defendant Bill Jackson, Inc.

_____
Brian R. Gilchrist, Esq.
Herbert L. Allen, Esq.
Allen, Dyer, Doppelt, Milbrath
  & Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
Orlando, Florida 32801
Trial Counsel for Plaintiff UBS

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 98-2705-CIV-T-23B

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

        Plaintiff,

v.

BILL JACKSON, INC., a Florida
corporation, ST. CLAIRE DIVING
PRODUCTS, INC., a California
corporation, SUSAN G. ST. CLAIRE,
and CHRISTIAN ST. CLAIRE,

        Defendants.

## ORDER GRANTING STIPULATION AND JOINT MOTION FOR ENTRY OF AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S AND DEFENDANT JACKSON'S CLAIM AND COUNTERCLAIM

THIS CAUSE came on for consideration upon the "Stipulation and Joint Motion for Entry of Agreed Order of Dismissal Without Prejudice of Plaintiff's and Jackson's Claim and Counterclaim" and the Court having reviewed the Stipulation and Joint Motion, it is

ORDERED that the Stipulation is hereby granted. Plaintiff's infringement claim against Defendant Bill Jackson, Inc. and Defendant Bill Jackson, Inc.'s counterclaim against Plaintiff are dismissed without prejudice, subject to the settlement agreement between these parties. No person shall disclose the terms of the settlement agreement except that the parties may state that "The lawsuit between UBS and Bill Jackson, Inc. has been amicably settled and the terms thereof are strictly confidential. ~~Bill~~

~~Jackson, Inc. will not be using the accused system until the dispute between UBS and NTI has been resolved."~~ *Sentence deleted DS)* The Court shall maintain jurisdiction over this matter and shall enforce the terms of the confidential settlement agreement between the parties.

**DONE AND ORDERED** in Chambers in Tampa, Florida this _____ day of March, 1999.

_____
United States District Judge

cc: Counsel of Record

usb3-11.sti