FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

99 JUN -8 AM 10: 47

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

CASE NO.: 98-2705-CIV-T-23B

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

      Plaintiff,

v.

BILL JACKSON, INC., a Florida
corporation, ST. CLAIRE DIVING
PRODUCTS, INC., a California
corporation, SUSAN G. ST. CLAIRE,
and CHRISTIAN ST. CLAIRE,

      Defendants.
_____/

STIPULATION AND JOINT MOTION FOR ENTRY OF CONSENT
FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST
DEFENDANTS ST. CLAIRE DIVING PRODUCTS AND CHRISTIAN ST. CLAIRE

Plaintiff Undersea Breathing Systems, Inc. and Defendants St. Claire Diving Products and Christian St. Claire, pursuant to Local Rule 3.08 of the Local Rules of the United States District Court for the Middle District of Florida and Civil Rule 41, hereby jointly move for the entry of a consent final judgment of permanent

This motion/petition/stipulation is
GRANTED/DENIED in Chambers in Tampa,
Florida on 6/10, 1999.

_____
UNITED STATES DISTRICT JUDGE

2:30 pm
June 10th, 1999
Tampa, FL

FILED
6/10/99 6:15

usb3-11.sti

SCANNED

21

injunction which is intended to resolve Plaintiff's claims against Defendants St. Claire Diving Products and Christian St. Claire.

Respectfully submitted this 3 day of June, 1999.

_____  
Christian S. Claire,  
individually  
1341-K N. McDowell Blvd.  
Petaluma, California 94954

Brian R. Gilchrist, Esq.  
Herbert L. Allen, Esq.  
Allen, Dyer, Doppelt, Milbrath  
  & Gilchrist, P.A.  
255 S. Orange Ave., Suite 1401  
Orlando, Florida 32801  
Trial Counsel for Plaintiff UBS  
Telephone 407/841-2330  
Telefax 407/841-2343

ST. CLAIRE DIVING PRODUCTS  
1341-K N. McDowell Blvd.  
Petaluma, California 94954

By: _____  
Title: Owner

injunction which is intended to resolve Plaintiff's claims against Defendants St. Claire Diving Products and Christian St. Claire.

Respectfully submitted this 7 day of June, 1999.

---
Christian St. Claire,
  individually
1341-K N. McDowell Blvd.
Petaluma, California  94954


ST. CLAIRE DIVING PRODUCTS
1341-K N. McDowell Blvd.
Petaluma, California  94954


By: _____
Title: _____

Brian R. Gilchrist, Esq.
Herbert L. Allen, Esq.
Allen, Dyer, Doppelt, Milbrath
  & Gilchrist, P.A.
255 S. Orange Ave., Suite 1401
Orlando, Florida 32801
Trial Counsel for Plaintiff UBS
Telephone 407/841-2330
Telefax 407/841-2343

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation and Joint Motion was provided by prepaid First Class United States Mail to: **H. William Larson, Esq.**, Larson & Larson, P.A., 11199 - 69th Street North, Largo, Florida 33773; **Christian St. Claire and St. Claire Diving Products, Inc.**, 1341 N. McDowell Boulevard, Petaluma, California 94954, and **Susan St. Claire,** 1820 Wisteria Circle, Petaluma, CA 94954, this ___ day of June, 1999.