UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 98-2705-CIV-T-23B

UNDERSEA BREATHING SYSTEMS,
INC., a Nevada corporation,

      Plaintiff,

v.

BILL JACKSON, INC., a Florida
corporation, ST. CLAIRE DIVING
PRODUCTS, INC., a California
corporation, SUSAN G. ST. CLAIRE,
and CHRISTIAN ST. CLAIRE,

      Defendants.

### FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS ST. CLAIRE DIVING PRODUCTS AND CHRISTIAN ST. CLAIRE

    THIS CAUSE came on for consideration upon the Stipulation and Joint Motion for Entry of a Consent Final Judgment of Permanent Injunction Against Defendants St. Claire Diving Products and Christian St. Claire, and the Court having reviewed the Stipulation and Joint Motion, it is

    **ORDERED** that Defendants St. Claire Diving Products and Christian St. Claire are hereby permanently enjoined from marketing, distributing, using, selling or offering to sell any Nitrox Technologies, Inc. nitrox generation systems or distributing any of Nitrox Technologies, Inc.'s promotional materials for such systems. The Court shall maintain jurisdiction over this matter

FILM ___ 119
DOCUMENT # 1544-1545

usb3-11.sti



and shall enforce the terms of this Order.  Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Chambers in Tampa, Florida at 2:30 pm o'clock p. .m. on this 10th day of June, 1999.

_____
United States District Judge

cc:   Counsel and Parties of Record

*[FILED stamp: 99 JUN 10 PM 6:15, Clerk U.S. District Court, Middle District of Florida, Tampa, Florida]*

usb3-11.sti